# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-8625 DSF (FFMx) | Date | 11/5/15 |
|---|---|---|---|

| Title | Scott United Methodist Church v. Refuge Christian Center, Inc aka Refuge Christian Community Church |
|---|---|

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on November 4, 2015, based 28 U.S.C. § 1443(1) (civil rights removal). Removal under § 1443(1) requires "[f]irst, [that] the [defendants] must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights [and] [s]econd, that [the defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights." Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006) (quoting California v. Sandoval, 434 F.2d 635, 636 (9th Cir.1970)). Defendant appears to believe that it will not receive an adequate hearing in unlawful detainer court. However, none of its mostly unspecific concerns implicates an equal protection right – racial or otherwise. And, even assuming that unlawful detainer courts have sometimes not provided full due process rights, Plaintiff completely fails to "refer[] to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights."

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.